DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ASCARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0286 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER STATUS CONFERENCE** |
| v. ) | |
| MICHAEL ASCARTE, ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

This case came on for status hearing on May 2, 2006. Mr. Ascarte was represented by his attorney, Tim Zindel, and the government was represented by Assistant U.S. Attorney Carolyn Delaney. Defense counsel requested and the Court ordered a further status hearing June 13, 2006, at 9:30 a.m. and ordered Speedy Trial Act time excluded through that date under Local Code T4.

IT IS SO ORDERED.

Dated: June 8, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT