1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

5

6   Attorney for Defendant
    MICHAEL ASCARTE

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR. S-05-0286 LKK
                                    )
13                  Plaintiff,      )
                                    )  **STIPULATION AND ORDER**
14      v.                          )
                                    )
15  MICHAEL ASCARTE,                )
                                    )  Date:  June 13, 2006
16                  Defendant.      )  Time:  10:00 a.m.
                                    )  Judge: Hon. Lawrence K. Karlton
17  _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

20  America, and defendant, Michael Ascarte, that the status conference scheduled

21  for June 13 may be continued to July 18, 2006, at 9:30 a.m.

22      Defense counsel has received a plea proposal from the government but

23  desires additional time to investigate the facts and circumstances of the

24  charges to determine whether settlement is appropriate.  Meanwhile, counsel for

25  the government begins a jury trial on the date presently scheduled for the

26  status conference.  To assure adequate time to investigate the case and for

27  defense counsel and Mr. Ascarte to confer, the parties agree that time under the

28  Speedy Trial Act should be excluded from the date of this order through the

1  status conference on July 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

2  (B)(iv)(Local Code T4).

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Defender

5

6  Dated:   June 9, 2006               /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for MICHAEL ASCARTE

8

9                                        McGREGOR SCOTT
                                         United States Attorney

10

11 Dated:   June 9, 2006               /s/ T. Zindel for C. Delaney___
                                        CAROLYN DELANEY
12                                      Assistant U.S. Attorney

13

14                                 **O R D E R**

15      The status conference is continued to July 18, 2006, at 9:30 a.m. and time

16 under the Speedy Trial Act is excluded through that date.  The court finds that

17 a continuance is necessary to give counsel time to complete the tasks noted

18 above and that the ends of justice served by granting a continuance outweigh the

19 best interests of the public and the defendant in a speedy trial.  Time is

20 therefore excluded from the date of this order through July 18, 2006, pursuant

21 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

22      IT IS SO ORDERED.

23

24 Dated:   June 12, 2006

25                                        LAWRENCE K. KARLTON
                                         SENIOR JUDGE
26                                        UNITED STATES DISTRICT COURT

27

28