```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MICHAEL ASCARTE
 7

 8

 9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR. S-05-0286 LKK
                                    )
13             Plaintiff,           )
                                    )  STIPULATION AND ORDER
14       v.                         )
                                    )
15  MICHAEL ASCARTE,                )
                                    )  Date: July 18, 2006
16             Defendant.           )  Time: 9:30 a.m.
                                    )  Judge: Hon. Lawrence K. Karlton
17  _____ )

18
```

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

20  America, and defendant, Michael Ascarte, that the status conference scheduled

21  for July 18 may be continued to August 29, 2006, at 9:30 a.m.

22       Defense counsel has received a plea proposal from the government but

23  desires additional time to investigate the facts and circumstances of the

24  charges to determine whether settlement is appropriate.  To assure adequate time

25  to investigate the case and for defense counsel and Mr. Ascarte to confer, the

26  parties agree that time under the Speedy Trial Act should be excluded from the

27  /////

28  /////

date of this order through the status conference on August 29, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:  July 14, 2006                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MICHAEL ASCARTE


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  July 14, 2006                   /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to August 29, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date.  The court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 29, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  July 14, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT