```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MICHAEL ASCARTE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0286 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| MICHAEL ASCARTE, | ) | |
| | ) | Date: August 29, 2006 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Michael Ascarte, that the status conference scheduled for August 29 may be continued to September 26, 2006, at 9:30 a.m.

   Mr. Ascarte has accepted the government's offer to resolve the case by pleading guilty to a misdemeanor charge in exchange for dismissal of the indictment. The parties expect to schedule the plea in early or mid-September and therefore agree to continue the status conference scheduled for next week and to exclude time through September 26, 2006.

/////

/////

1    The parties agree that exclusion of time is appropriate pursuant to 18
2 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
3                                         Respectfully submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Defender
5
6 Dated:  August 23, 2006                 /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for MICHAEL ASCARTE
8
9                                         McGREGOR SCOTT
                                          United States Attorney
10
11 Dated:  August 23, 2006                /s/ T. Zindel for C. Delaney
                                          CAROLYN DELANEY
12                                        Assistant U.S. Attorney
13

14                                **O R D E R**

15    The status conference is continued to September 26, 2006, at 9:30 a.m. and
16 time under the Speedy Trial Act is excluded through that date.  The court finds
17 that a continuance is necessary to give counsel time to resolve the case before
18 the magistrate judge and that the ends of justice served by granting a
19 continuance outweigh the best interests of the public and the defendant in a
20 speedy trial.  Time is therefore excluded from the date of this order through
21 September 26, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
22    IT IS SO ORDERED.
23
24 Dated:  August 24, 2006

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT