1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   MICHAEL ASCARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-05-0286 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) |
| MICHAEL ASCARTE, | ) |
| | ) Date: September 26, 2006 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Michael Ascarte, that the status conference scheduled for September 26, 2006, may be vacated and no new date scheduled pending dismissal of the indictment.

   On September 14, 2006, Mr. Ascarte pled guilty before Judge Hollows to a superseding information charging a misdemeanor offense. He is scheduled to be sentenced on November 27, 2006. His plea agreement provides that the original indictment will be dismissed after he is sentenced on the misdemeanor offense.

/////

/////

1  Accordingly, the parties agree that the September 26 status conference may be
2  vacated and no new dates scheduled before the District Judge.

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  September 18, 2006              /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for MICHAEL ASCARTE
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated:  September 18, 2006              /s/ T. Zindel for C. Delaney
                                           CAROLYN DELANEY
12                                         Assistant U.S. Attorney

13

14                            **O R D E R**

15     The status conference of September 26, 2006, is vacated in light of
16 defendant's guilty plea before the magistrate judge to a superseding
17 information.

18     IT IS SO ORDERED.

19

20 Dated:  September 21, 2006

21

22                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
23                                         UNITED STATES DISTRICT COURT